IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
          v.                 )  Criminal No. 07-9
                             )
ANGELETTE FREEZE,            )
          Defendant.         )
```

ORDER

AND NOW, this 7th day of May, 2007, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered January 30, 2007, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Wednesday, May 23, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(I), the period of time from April 16, 2007 to the entry of defendant's plea shall be deemed excludable delay.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

```
cc:  Shaun E. Sweeney,
     Assistant United States Attorney

     Marketa Sims,
     Assistant Federal Public Defender

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation
```