# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Angelette Freeze                                            Docket No. 07-00009-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Angelette Freeze, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, on the 5th day of October 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- Shall cooperate in the collection of DNA as directed by the probation officer.
- Shall not unlawfully possess a controlled substance.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall pay restitution in the amount of $15,420.40.
- Shall pay any remaining balance of the restitution that was imposed by this judgement, through monthly installments of not less than 10 percent of the defendant's gross monthly earnings.

<u>10/05/07</u>:  Social Security Fraud; 3 years probation; Currently supervised by U.S. Probation Officer Shannon Smith Meyers.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that, to date, restitution in the amount of $3,381.00 has been paid, leaving a balance of $12,039.40. The Probation Office respectfully recommends that this case be permitted to close at expiration, effective October 4, 2010, with restitution owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 07-00009-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2010

Shannon Smith Meyers
U.S. Probation Officer

Roselyn Gerson
Supervising U.S. Probation Officer

Place:  Pittsburgh, PA

ORDER OF COURT

Considered and ordered this 20th day of Sept, 20 10 and ordered filed and made a part of the records in the above case.

U.S. District Judge